UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHERINE BOURGEOIS

VERSUS

LOUISIANA DEPARTMENT OF
REVENUE

CIVIL ACTION

NO. 11-538-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

IT IS ORDERED that the Government's motion to quash[2] be granted on the basis of sovereign immunity and for failure to comply with the applicable regulations.

IT IS FURTHER ORDERED that since the motion to quash is the only issue before the Court and there are no further justiciable issues, this matter be remanded to the Civil Service Commission once the applicable delays for appeal have run in this matter.

Baton Rouge, Louisiana, February 1, 2012.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 7.

[2] Rec. Doc. No. 2.

Doc#47701